No. 192. WALKER *v.* OHIO RIVER Co. Sup. Ct. Pa. Certiorari denied. *Harry Alan Sherman* for petitioner. *Harold R. Schmidt* for respondent.

No. 202. LEE RUBBER & TIRE CORP. *v.* UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA, AFL–CIO, LOCAL 102, ET AL. C. A. 3d Cir. Certiorari denied. *Edwin P. Rome* and *Goncer M. Krestal* for petitioner. *Samuel L. Rothbard* for respondents.

No. 207. MARYLAND PETITION COMMITTEE ET AL. *v.* JOHNSON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 4th Cir. Certiorari denied. *Geo. Washington Williams* for petitioners. *Solicitor General Griswold* for respondents.

No. 208. RAYEX CORP. ET AL. *v.* AMERICAN OPTICAL Co. ET AL. C. A. 2d Cir. Certiorari denied. *John Vaughan Groner* and *Jules P. Kirsch* for petitioners. *Edward C. Wallace* for respondents.

No. 209. MARCAN PRODUCTS CORP. ET AL. *v.* A. H. EMERY Co. C. A. 2d Cir. Certiorari denied. *John M. Calimafde, Roy C. Hopgood,* and *Paul H. Blaustein* for petitioners. *John C. Blair* for respondent.

No. 213. LANGLEY *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *William C. Erbecker* for petitioner. *John J. Dillon,* Attorney General of Indiana, *Douglas B. McFadden,* Assistant Attorney General, and *Murray West,* Deputy Attorney General, for respondent.